THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LEANNE ERDELBROCK and NANCY CHANDLER,<br><br>    Defendants. | No.: 3:12-cv-05863-BHS<br><br>ORDER GRANTING TRANSAMERICA JUDGMENT IN INTERPLEADER |

Plaintiff Transamerica Life Insurance Company ("Transamerica") moved this Court for judgment in interpleader. This Court, having considered the papers filed in support of an in opposition to the motion, hereby GRANTS Transamerica's motion for judgment in interpleader. This Court ORDERS that:

1. The parties are required to interplead all claims to the Individual Life Insurance Policy issued to Lance L. Chandler. This order enjoins the Defendants from prosecuting any action against Transamerica relating to proceeds of the Individual Life Insurance Policy.

ORDER GRANTING TRANSAMERICA JUDGMENT IN INTERPLEADER
No.: 3:12-Civil-05863-BHS

Page 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930

2. Transamerica, its successors, subsidiaries, agents, employees, and attorneys, are released, discharged, and acquitted from any and all liability of any kind or nature whatsoever by the parties to this action, their representatives, beneficiaries, assigns, and other parties in privity with them, on account of payment of any sum due under the Individual Life Insurance Policy issued to Lance L. Chandler.

3. Transamerica shall be awarded reasonable attorney fees and costs in an amount to be determined upon further motion. Having received the contested amount of $3,121,314.25, the Clerk of the Court shall be directed to remit to Transamerica Life Insurance Company, c/o Bullivant Houser Bailey PC at 1700 Seventh Avenue, Suite 1810, Seattle, WA 98101, a check for reasonable attorney fees and costs upon order from this Court.

SIGNED this 30 day of January, 2013.

_____
HONORABLE BENJAMIN H. SETTLE

Presented by:

BULLIVANT HOUSER BAILEY PC


 s/ Janis C. Puracal
Janis C. Puracal, WSBA #39234
E-Mail: janis.puracal@bullivant.com
Attorneys for Transamerica

13974320.1

---

ORDER GRANTING TRANSAMERICA JUDGMENT IN INTERPLEADER
No.: 3:12-Civil-05863-BHS

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810,
Seattle, Washington 98101-1397
Telephone: 206.292.8930