UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEANNE ERDELBROCK and NANCY CHANDLER,<br><br>Defendants. | CASE NO. C12-5863 BHS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR FEES AND COSTS |

This matter comes before the Court on Plaintiff Transamerica Life Insurance Company's ("Transamerica") motion for fees and costs (Dkt. 29).

On September 26, 2012, Transamerica filed this interpleader action to deposit the proceeds of a life insurance policy. Dkt. 1. On January 31, 2013, the Court granted Transamerica judgment in interpleader. Dkt. 27. On February 14, 2013, Transamerica filed the instant motion requesting fees and costs. Dkt. 29. On February 22, 2013, Defendant Leanne Erdelbrock ("Erdelbrock") responded. Dkt. 34. On March 1, 2012, Transamerica replied. Dkt. 36.

ORDER - 1

The only issue before the Court is the reasonableness of the requested amount of fees.  Erdelbrock objects to the amount requested by Transamerica and argues that the amount "seems somewhat excessive . . . ." Dkt. 34 at 5.  Although the Court agrees the amount could have been less, the amount is reasonable and not excessive.  Therefore, the Court grants Transamerica's motion and approves an award of $7,982.28 in fees and costs.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2013.

_[signature]_
BENJAMIN H. SETTLE
United States District Judge